| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHASANOW, DEBORAH K | U.S. DIST. CT. FOR D. OF MD. | 05/11/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period 01/01/2005 to 12/31/2005 |
|---|---|---|
| U.S. DISTRICT JUDGE-ACTIVE | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| RM 465A U.S. COURTHOUSE 6500 CHERRYWOOD LANE GREENBELT, MARYLAND 20770 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ██████ Qualified Personal Residential Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/19/87 | ST. OF MD. - DEFERRED RETIREMENT |
| 2. | FOR 11 YEARS OF SERVICE |
| 3. | |

RECEIVED 2006 JUN 13 'A 9:5 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Retirement Income and Salary, State of Maryland Judiciary |
| 2. | | Howard County mediation |
| 3. | | Private mediation |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. rollover IRA, Trustar Trustee | | | | | | | | | |
| 2. --Courtland General Money Fund | A | Dividend | | T | | | | | |
| 3. --Rayonier Inc. Reit | A | Dividend | K | T | | | | | |
| 4. --Thornburg Mortgage Inc. | A | Dividend | | | sell | 5/26 | J | A | otc |
| 5. UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | J | W | | | | | |
| 6. Ameriprise Financial (formerly AXP STOCK FUND) | A | Dividend | J | T | | | | | |
| 7. CONSOLIDATED CAPITAL GROWTH FUND | A | Interest | J | T | | | | | |
| 8. Bank of America SAVINGS | A | Interest | K | T | | | | | |
| 9. Bank of America CHECKING | A | Interest | M | T | | | | | |
| 10. Bank of America checking | A | Interest | L | T | | | | | |
| 11. Bank of America SAVINGS | B | Interest | L | T | | | | | |
| 12. RENTAL PROPERTY, GREENBELT, MD. 1/4 INTEREST | D | Rent | L | S | | | | | |
| 13. TELEFONOS MEX COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. T.ROWE PRICE MD. TAX FREE BOND | A | Distribution | J | T | | | | | |
| 15. MARYLAND STATE EMPLOYEES CREDIT UNION | A | Interest | J | T | | | | | |
| 16. CORTLAND GOVT MONEY FUND | A | Dividend | K | T | | | | | |
| 17. America Movil SA | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A=$1,000 or less   B=$1,001 - $2,500   C=$2,501 - $5,000   D=$5,001 - $15,000   E=$15,001 - $50,000
(See Columns B1 and D4)   F=$50,001 - $100,000   G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001 - $50,000   L=$50,001 - $100,000   M=$100,001 - $250,000
(See Columns C1 and D3)   N=$250,001 - $500,000   O=$500,001 - $1,000,000   P1=$1,000,001 - $5,000,000   P2=$5,000,001 - $25,000,000
3. Value Method Codes:   P3=$25,000,001 - $50,000,000   R=Cost (Real Estate Only)   P4=More than $50,000,000   T=Cash Market
(See Column C2)   Q=Appraisal   V=Other   S=Assessment
U=Book Value   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FPL Group Inc. | A | Dividend | J | T | | | | | |
| 19. Equitable Life Insurance Policy | B | Dividend | L | T | | | | | |
| 20. Hartford Life Insurance Policy | D | Interest | M | T | | | | | |
| 21. SEP IRA | | | | | | | | | |
| 22. --Courtland General Money Fund | A | Dividend | K | T | | | | | |
| 23. --Plum Creek Timber Co. | A | Dividend | K | T | | | | | |
| 24. --Encana Corp. | A | Dividend | K | T | | | | | |
| 25. --Weyerhaeuser Company | A | Dividend | K | T | | | | | |
| 26. --Tupperware Corp | A | Dividend | | | sell | 11/16 | K | C | otc |
| 27. --ChevronTexaco Corp | A | Dividend | K | T | | | | | |
| 28. --MDU Resources Group Inc. | A | Dividend | K | T | | | | | |
| 29. --Washington REIT SBI | | None | K | T | buy | 11/11 | K | | otc |
| 30. --Petroleo BrasileirioX | A | Dividend | | | buy | 2004 | J | | otc |
| 31. | | | | | sell | 11/11 | K | D | otc |
| 32. Amsouth Bancorp | A | Dividend | J | T | | | | | |
| 33. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 34. New York Live Insurance and Annuity Corporation | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Phelps Dodge Corp | A | Dividend | K | T | | | | | |
| 36. Affiliated Computer Services Inc. | A | Dividend | K | T | buy | 11/16 | K | | otc |
| 37. Anadarko Petroleum Corp. | A | Dividend | K | T | | | | | |
| 38. Brazil Fund | A | Dividend | | | sell | 6/22 | K | D | otc |
| 39. Cutter and Buck | A | Dividend | K | T | | | | | |
| 40. Hewlett Packard Co. | A | Dividend | K | T | | | | | |
| 41. Ruby Tuesday Inc. | A | Dividend | J | T | | | | | |
| 42. Apache Corp. | A | Dividend | K | T | | | | | |
| 43. Bank of America Time Deposits | B | Interest | M | T | buy | 5/11 | M | | bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item VII. 15. Full assessed value for tax purposes is $385,900.

Item L ▇▇▇▇▇▇ Qualified Residential Trust is not for investment. Property in trust is ▇▇▇▇▇▇ ersonal residence.

Item VII. 30. Erroneously failed to report purchase of Petroleo Brasileirio in March 2004. Sold in 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date___May 11, 2006___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544